**FILED**
October 29, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VANESSA FLORES-GOMEZ<br><br>Defendant. | Case No.  2:25-mj-0163 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release VANESSA FLORES-GOMEZ Case No. 2:25-mj-0163 CKD  Charges 21 USC § 841(a)(1) from custody for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

__X__   (Other): Released DELAYED until 10/30/2025 at 9:00 AM.

Issued at Sacramento, California on October 29, 2025 at 2:29 PM


By:    /s/ Carolyn K. Delaney
       Chief Magistrate Judge Carolyn K. Delaney