ERIC V. KERSTEN, #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
Vanessa Flores-Gomez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>VANESSA FLORES-GOMEZ<br><br>            Defendant. | Case No.  2:25-cr-00247-DJC<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE, [P~~ROPOSE~~D] ORDER<br><br>Judge: Sean C. Riordan |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Robert Abendroth, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Vanessa Flores-Gomez, that Ms. Flores-Gomez's conditions of Pretrial Release may be modified to allow her to reside at a location approved in advance by her pretrial services officer.

On October 29, 2025, Vanessa Flores-Gomez appeared before the Hon. Carolyn K. Delaney and was ordered released on conditions of Pretrial Supervision including:

> 3. You must reside with your aunt, Margarita Flores-Castros, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

(ECF 11: 1)

Ms. Flores-Gomez and her three children, two toddlers and a 9-year-old, currently reside with Vanessa's aunt, Margarita Flores-Castro. Margarita's husband and three children also reside at that location. That residence was selected due to concerns about Vanessa returning to her prior residence because she is charged with having stored contraband at that location when her children were present. Margarita is not a third-party custodian. Her residence was chosen because she was willing to provide alternative housing for Vanessa.

Vanessa is requesting permission to move to an apartment near her daughter's school in Marysville for several reasons. First, it is very crowded at Margarita's apartment. Vanessa and her children are residing in a single bedroom that was previously occupied by Margarita's 17-year-old daughter, a high school student who is now sleeping on the couch. Obviously, that is not ideal. And given that six children are now residing in Margarita's apartment it is somewhat chaotic. Another very significant reason is that Margarita's apartment is located 15-20 minutes away from the elementary school attended by Vanessa's 9-year-old daughter, and it is not always possible to arrange transportation to and from school.

Vanessa and her husband, who is not charged in the offense, would like to move to an apartment near her daughter's school that would be subject to preapproval by Pretrial Services. All other conditions of pre-trial release would remain in full force and effect, including electronic monitoring and home detention. To facilitate the move it is requested that Ms. Florres-Gomez's conditions of Pretrial Supervision be modified to provide:

> 3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

Pretrial Services has reviewed this stipulation and proposed modification proposed modification and does not object.

///
///
///
///

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: December 16, 2025

/s/ *Robert Abendroth*
ROBERT ABENDROTH
Assistant United States Attorney
Attorney for Plaintiff

DATED: December 16, 2025

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney at Law
Attorney for Defendant
Vanessa Flores-Gomez

## ORDER

**IT IS SO ORDERED**. Special Condition 3 of the Order Setting Conditions of Pretrial Release for Vanessa Flores-Gomez is modified as set forth above.

DATED: December 16, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

.