ERIC V. KERSTEN, #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
Vanessa Flores-Gomez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>VANESSA FLORES-GOMEZ<br><br>                    Defendant. | Case No.  2:25-cr-00247-DJC<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE, [PROPOSED] ORDER<br><br>Judge: Sean C. Riordan |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Robert Abendroth, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Vanessa Flores-Gomez, that Ms. Flores-Gomez' conditions of Pretrial Release may be modified to reduce her location monitoring condition from home detention to curfew.

On October 29, 2025, Vanessa Flores-Gomez appeared before the Hon. Carolyn K. Delaney and was ordered released on conditions of Pretrial Supervision including:

> 13. HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

(ECF 11:1).

On December 17, 2025, Ms. Flores-Gomez's conditions were modified to allow her to "reside at a location approved by the pretrial services officer and not move or absent [her]self from this residence for more than 24 hours without the prior approval of the pretrial services officer;" but the home detention condition remained unchanged. (ECF 78, 80). It is now requested that the location monitoring condition be modified to replace the home detention condition with a curfew condition providing:

> 13. CURFEW: You must remain inside your residence every day from 7:00am to 9:00pm, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Pretrial Services reports Ms. Flores-Gomez has been under PTS supervision since October 30, 2025, and has remained in overall compliance with her conditions of release, including home detention. Pretrial Services has reviewed this stipulation and supports the proposed modification. All other conditions of Ms. Flores-Gomez's pretrial release shall remain in full force and effect.

                                  Respectfully submitted,

                                  ERIC GRANT
                                  United States Attorney

DATED: January 7, 2026                /s/ *Robert Abendroth*
                                  ROBERT ABENDROTH
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

DATED: January 7, 2026                /s/ *Eric V. Kersten*
                                  ERIC V. KERSTEN
                                  Attorney at Law
                                  Attorney for Defendant
                                  Vanessa Flores-Gomez..

///

///

///

///

**ORDER**

**IT IS SO ORDERED**. Special Condition 13 of the Order Setting Conditions of Pretrial Release for Vanessa Flores-Gomez is modified as set forth above.

DATED: January 7, 2026.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE