ERIC V. KERSTEN, #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
Vanessa Flores-Gomez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VANESSA FLORES-GOMEZ

Defendant.

Case No.  2:25-cr-00247-DJC

STIPULATION TO MODIFY
CONDITIONS OF PRETRIAL
RELEASE, [PROPOSED] ORDER

Judge: Jeremy D. Peterson

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Robert Abendroth, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Vanessa Flores-Gomez, that Ms. Flores-Gomez' conditions of Pretrial Release may be modified to remove the location monitoring and curfew conditions.

Vanessa Flores-Gomez has been on Pretrial Supervision since October 29, 2025, and was initially subject to Home Detention and Location Monitoring. (ECF 11-12). On January 8, 2026, her Home Detention condition was modified and reduced to curfew. (ECF 92). Pretrial Services reports that since the change Ms. Flores-Gomez has remained in compliance. However, On April 14, 2026 Pretrial Services Officer Lorena Gallagher received an alert that Ms. Flores-Gomez had not entered her home by the 9:00 p.m. curfew time. Officer Gallagher then confirmed that Ms. Flores-Gomez had attempted to contact her prior to the curfew to advise that she was in the hospital emergency room with her 3-year-old son who was vomiting and had not eaten in three

days. Officer Gallagher was able to contact Ms. Flores-Gomez immediately and she provided verification to Officer Gallagher that she was at the hospital. For those reasons Pretrial did not seek any formal action as Ms. Flores-Gomez' actions were not malicious.

Pretrial Services is recommending that Location Monitoring (LMON) be removed at this time given Ms. Flores-Gomez' overall compliance during the 90-day re-evaluation period from when she was placed on curfew. It is therefore requested that defendant's release condition 12, requiring Location Monitoring, and 13, requiring Curfew, be removed.

Pretrial Services has reviewed this stipulation and supports the proposed modification. All other conditions of Ms. Flores-Gomez's pretrial release shall remain in full force and effect.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: April 24, 2026          /s/ *Robert Abendroth*
                               ROBERT ABENDROTH
                               Assistant United States Attorney
                               Attorney for Plaintiff

DATED: April 24, 2026          /s/ *Eric V. Kersten*
                               ERIC V. KERSTEN
                               Attorney at Law
                               Attorney for Defendant
                               Vanessa Flores-Gomez..

## ORDER

**IT IS SO ORDERED**. Special Conditions 12 and 13 of the Order Setting Conditions of Pretrial Release for Vanessa Flores-Gomez are removed as set forth above.

DATED: April 24, 2026.

Hon. Jeremy D. Peterson
Judge, United States District Court

Flores-Gomez: Stipulation to Modify Conditions          -2-
of Pretrial Release Conditions; [Proposed] Order